**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; GRAND CANYON TRUST; SIERRA CLUB; KAIBAB BAND OF PAIUTE INDIANS; HAVASUPAI TRIBE, | No. 10-16513 |
| | D.C. No. 3:09-cv-08207-DGC |
| Plaintiffs - Appellants, | |
| v. | MEMORANDUM[*] |
| KEN SALAZAR, Secretary of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT, | |
| Defendants - Appellees, | |
| DENISON MINES (USA) CORP.; DENISON ARIZONA STRIP, LLC, | |
| Intervenor-Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Argued and Submitted January 14, 2011

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

San Francisco, California

Before: HUG, SCHROEDER, and RAWLINSON, Circuit Judges.

In this interlocutory appeal, Appellants challenge the district court's denial of their motion for a preliminary injunction. Reviewing for abuse of discretion, *see Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir. 2011), we affirm for the reasons stated by the district court judge. Appellants failed to raise serious questions on the merits of their claims of violations of the National Environmental Policy Act, 42 U.S.C. § 4321, et seq. and the Federal Land Policy Management Act, 43 U.S.C. § 1701 et seq. *See id*. at 1132.

**AFFIRMED.**